```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE:  ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| _____ | : : | |
| THIS DOCUMENT RELATES TO: ALL CASES | : : | CIVIL ACTION NO. 18-md-2848 |
| _____ | : | _____ |

<u>IMPORTANT NOTICE TO COUNSEL</u>

    Please be advised that a Status Conference in the above-captioned case will be held on **October 24, 2018** at **1:30 p.m.** before the Honorable Harvey Bartle III in Chambers, room 16614, United States District Court, 601 Market Street, Philadelphia, PA.

                                                     /s/ Kristin R. Makely
                                        _____
                                        Kristin R. Makely
                                        Deputy Clerk to Judge Bartle
                                        (267) 299-7389

DATED: <u>10/16/2018</u>