IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Norma Stanton v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.*, Civil Action No. 2:18-cv-20057<br><br>*Sandra Morris v. Merck & Co., Inc., Merck Sharp & Dohme Corp, and McKesson Corp.*, Civil Action No. 2:18-cv-20059 | MDL No. 2848<br>Civil Action No. 2:18-md-2848 |

PRETRIAL ~~[PROPOSED]~~ ORDER No. 44

THIS CAUSE comes before the Court on Defendants' Unopposed Motions for Extension of Time to File Their Reply Briefs in Support of Their Motions to Dismiss Plaintiffs' Claims for Lack of Personal Jurisdiction. Upon review and consideration, it is hereby ORDERED AND ADJUDGED that:

1. Defendants' Motions are GRANTED; and

2. Defendants shall file Reply Briefs in Support of Defendants' Motions to Dismiss Plaintiffs' Claims for Lack of Personal Jurisdiction on or before November 28, 2018.

Judge Harvey Bartle, III

November 27, 2018