IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: DONALD THERING, et al. | : : : : | |
| v. | : : | |
| MERCK & CO., INC., et al. | : : | CIVIL ACTION NO. 18-20226 |

## PRETRIAL ORDER NO. 203

AND NOW, this 30th day of August, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) The motion of plaintiff to add a claim for wrongful death is DENIED;

(2) Peter Thering may file within 30 days from the date of this order proper documentation that demonstrates he is the personal representative of Donald Thering's estate under New York law;

(3) The court will grant the motion for leave to amend if Peter Thering timely files such documentation; and

(4) The court will deny the motion and dismiss the complaint with prejudice if Peter Thering does not timely file such documentation.

BY THE COURT:

_Harvey Bartle_____, J.