IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: AUGUST SPEIRS, et al. v. MERCK & CO., INC., et al. | : | CIVIL ACTION NO. 18-20270 |

PRETRIAL ORDER NO. 266

AND NOW, this 31st day of January, 2020, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Joan Spiers for an extension of time to comply with Pretrial Order No. 205 is DENIED; and

(2) this action is DISMISSED with prejudice.

BY THE COURT:

/s/ Harvey Bartle
                                    J.