# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:** | **MDL No. 2848**<br>**Civil Action No. 2:18-md-02848-HB** |
| *Doris Atkins and Thomas Palus v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03361** | *Alvin B. Bowler v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03336** |
| *Stanley Baldwin and Phyllis Baldwin v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03384** | *Barbara Burke and Steven Burke v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03331** |
| *David Bales and Barbara Bales v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03330** | *Bobby Carr and Brenda Carr v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20221** |
| *Robert Balke and Mary Balke v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03392** | *Jimmy Clark v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03368** |
| *Donald Beard and Helen Beard v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20226** | *Sharon Coogan, Individually and as the Personal Representative of William Coogan v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03373** |
| *Wendy Bechtol v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03395** | *Emily Corneluson and Henry Cornelusonv. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03334** |
| *Gregg Blank v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03327** | *Charles G. Covington and Vera Covington v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03375** |

*Katherine A. Daigle and Roy Daigle v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03351

*Frances Davis and Herman Davis v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20222

*Jane D. Early and Roy L. Early v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03352

*Virginia Fernandes v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20227

*Patricia Ferraro v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03374

*Thomas Ferrerio v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03394

*Ann Marie Furiosi v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03356

*Douglas George and Rose George v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20173

*Sharon Giese and Marlon Giese v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03339

*Terrie Gordon v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20188

*Connie Grayson and Stephan Grayson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03399

*Ada Guffey and James Guffey v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03357

*Georgia Gustafson and Jerry S. Gustafson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03388

*Roxanne Haines v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03401

*Kristi Hamlin v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03402

*Rebecca Hart and Danny Hart v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03386

*Barbara Hellman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03378

*Wanda Sue Hill v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03354

*Ann Hixson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-20230

*Gordon Horton and Timothy Akins v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* Civil Action No. 2:19-cv-03328

*Robert Jensen and Marilyn Jensen v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03381**

*Catherine P. Lockridge v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03379**

*Carmen Longoria v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03358**

*Ann Marmoraine and Joseph Marmoraine v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03355**

*Cheryl McBroom v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03400**

*Orelia McDowell v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03359**

*Janet McNeil v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03370**

*Josie Moore and Curtis Moore v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03364**

*Keith Olson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03397**

*Wanda Parker and Alvin Parker v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03350**

*Charles Penninger and Caroline Penninger v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03340**

*Lorraine Powell and Curtis Powell v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03398**

*Shelia Prigmore v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03380**

*Karen Prorok and Gerald Prorok v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03353**

*Dora G. Randall and Michael Randall v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03345**

*Margaret Rankin v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03387**

*Betty Reader v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03367**

*Adrian Reed v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03342**

*Janie Rodriguez v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03341**

*Deborah Ross-Cole and Minus Cole v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03360**

*Lorene Schumacher and Charles Schumacher v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03335**

*Frederick Schunck v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03369**

*Thomas Sentle v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03371**

*Michael Shanks v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03362**

*Martha Shear and Roger Heer v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03396**

*Betina Joan Sluss and Warren Sluss v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03363**

*Helen J. Stanley v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03343**

*Ora Terrell v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03377**

*Mary Thompson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03382**

*Cynthia Tobias v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03383**

*Beverly Hilt Tortora and Steven Tortora v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03385**

*Carole Trott v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03338**

*Kathleen Trudeau and David Trudeau v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03349**

*Steven Turbyfill v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-20213**

*Beverly Tyler v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03390**

*Joyce Webb and Ronnie Webb v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03348**

*Marion Webb and Chester Webb v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03365**

*Joyce White v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp.,* **Civil Action No. 2:19-cv-03393**

*Lawrence Wilson and Shirley Wilson v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp., Civil Action No. 2:19-cv-03366*

*Kathleen Youngman and David A. Youngman v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and McKesson Corp., Civil Action No. 2:19-cv-03372*

PRETRIAL ORDER NO. 307

AND NOW, this 28th day of May, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) Pretrial Order No. 254 is VACATED as moot with respect to Civil Action Nos. 19-03340, 19-03350, 19-03359, 19-03362, 19-03364, 19-03365, 19-03366, 19-03367, 19-03368, 19-03371, 19-03373, 19-03374, 19-03378, 19-03392, and 19-03402 on the ground that the parties have stipulated to dismiss these actions.

(2) Pretrial Order No. 254 is VACATED in Civil Action Nos. 19-03336, 19-03338, 19-03345, 19-03349, 19-03355, 19-03370, 19-03372, 19-03375, 19-03382, 19-03385, 19-03387, 19-03388, 19-03396, 19-03398, 19-03400, and 19-20221 on the grounds that Merck does not identify material deficiencies in the Plaintiff Facts Sheets in these actions and does not oppose vacating Pretrial Order No. 254 with respect to them.

-2-

      (3)   Civil Action Nos. 19-03341, 19-03343, 19-03356, and 19-20226 are DISMISSED with prejudice.

      (4)   The plaintiffs in Civil Action Nos. 19-03357, 19-03360, 19-03361, 19-03369, 19-03380, 19-03383, and 19-03390 shall submit to the Court, on or before June 5, 2020, electronic copies of the new medical release authorizations their counsel represents to the Court were served on Merck on or about January 17, 2020, evidencing the date they were served.  The action of any plaintiff who fails to do so will be dismissed with prejudice.

      (5)   Pretrial Order No. 254 is VACATED in Civil Action No. 19-03397.  However, plaintiff may not seek to admit evidence to support any claim for out-of-pocket medical expenses.

      (6)   Pretrial Order No. 254 is VACATED in Civil Action No. 19-03354.  However, plaintiff may not seek to admit or reference any diaries, calendars, or other writings or recordings she made that describe, discuss, explain or refer to the injuries, damages, or causes of action she alleges that are in her possession and have not been served on Merck as of the date of this Order.

(7)   Pretrial Order No. 254 is VACATED in Civil Action No. 19-03395.  However, plaintiff may not seek to admit evidence in support of her claim that Zostavax caused her pneumonia for which she has not to date served an amended PFS that identifies dates or diagnosing and treating health care providers.

(8)   Pretrial Order No. 254 is VACATED in the remaining Civil Action Nos. 19-03327, 19-03335, 19-03342, 19-03353, 19-03358, 19-03363, 19-03377, 19-03379, and 19-03384 on the ground that the Court finds these plaintiffs have shown cause as to why their actions should not be dismissed.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.