IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : : | |
| MARITA DECARLO, et al. | : : | CIVIL ACTION NO. 19-05633 |
| v. | : : | |
| MERCK & CO., INC., et al. | : | |

PRETRIAL ORDER NO. 332

AND NOW, this 19th day of November, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion to substitute party plaintiff(s) and to amend the complaint is DENIED; and

(2) the complaint is DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                              J.