THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Claude Martinez v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:20-cv-00417<br><br>*Darryl Munn v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:19-cv-04421<br><br>*Larry Northington v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:19-cv-04289<br><br>*Janet Stapley v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:20-cv-00409 | MDL No. 2848<br>Civil Action No. 2:18-md-02848-HB |

PRETRIAL ORDER NO. 342

AND NOW, this 11th day of January 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Omnibus Motion of Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Merck") to Dismiss cases identified in Pretrial Order No. 328 (Doc. # 654) is DENIED as moot as to Civil Action No. 20-00417, in which Merck agreed to withdraw the Motion;

(2) the Motion to Dismiss is GRANTED as to Civil Action No. 20-00409, which plaintiff agreed to dismiss; and

-2-

(3) the Motion to Dismiss is GRANTED as to Civil Actions Nos. 19-04421 and 19-04289.

BY THE COURT:

/s/ Harvey Bartle III

_____
                             J.