THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sandra F. Beard v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:19-cv-05975<br><br>*Nanjo Griffin and James Griffin v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:20-cv-00429<br><br>*Hope Hartman v. Merck & Co., Inc., and Merck Sharp & Dohme Corp.*, Civil Action No. 2:20-cv-00334 | MDL No. 2848<br>Civil Action No. 2:18-md-02848-HB |

PRETRIAL ORDER NO. 343

AND NOW, this 19th day of January 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Omnibus Motion of Merck & Co., Inc. and Merck Sharp & Dohme Corp. to Dismiss cases identified in Pretrial Order No. 329 (Doc. # 656) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                J.