IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER | : | MDL NO. 2848 |
| VACCINE LIVE) PRODUCTS | : | |
| LIABILITY LITIGATION | : | CIVIL ACTION NO. 18-MD-2848 |

## PRETRIAL ORDER NO. 349

AND NOW, this 29th day of March, 2021, upon careful consideration of the Report and Recommendation dated March 19, 2021 issued by Special Discovery Master Thomas J. Rueter, United States Magistrate Judge (Ret.), and after consideration of any objections thereto, it is hereby

### ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED** for the reasons set forth therein.

2. Merck & Co., Inc. shall produce documents consistent with the R&R to plaintiffs within ten (10) days from the date of this Order.

BY THE COURT:

/s/ Harvey Bartle III

_____
HARVEY BARTLE, III, J.

9