IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2848<br><br>CIVIL ACTION NO. 18-MD-2848 |

**PRETRIAL ORDER NO. 352**

AND NOW, this 27th day of April, 2021, upon careful consideration of the Report and Recommendation dated April 16, 2021 issued by Special Discovery Master Thomas J. Rueter, United States Magistrate Judge (Ret.), and after consideration of any objections thereto, it is hereby

**ORDERED**

that the Report and Recommendation is **APPROVED** and **ADOPTED** for the reasons set forth therein.

BY THE COURT:

/s/ Harvey Bartle III
_____
HARVEY BARTLE, III, J.