IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : | |
| JOHN DESTEFANO | : | |
| v. | : | CIVIL ACTION NO. 18-20070 |
| MERCK & CO., INC., et al. | : | |

PRETRIAL ORDER NO. 364

AND NOW, this 6th day of July, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that judgement is entered in favor of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. and against plaintiff John Destefano.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.