```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | CIVIL ACTION NO. 18-md-2848 |

<u>PRETRIAL ORDER NO. 371</u>

AND NOW, this 3rd day of August, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Chris Juday and Pat Juday to intervene under Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure is GRANTED;

(2) the Protective Order dated October 24, 2018 (Doc. # 44), Pretrial Order NO. 19, is modified to allow the Judays and their counsel access to fact discovery subject to that order, provided that the Judays and their counsel first file a declaration with the court that they agree to and are bound by all the terms and conditions of the said Protective Order;

(3) the Judays and their counsel shall be limited to access to fact discovery that is relevant to their claims in the

-2-

malpractice action, Juday, et al. v. Sadaka, et al., Civil Action No. 19-1643 (E.D. Pa.);

    (4) any fact discovery obtained by the Judays and their counsel as a result of this order shall be at their own expense; and

    (5) the Judays and their counsel shall not be permitted otherwise to participate in this multidistrict litigation, and the litigants shall not be required to serve on the Judays and their counsel any filings or notices unrelated to them.

BY THE COURT:

/s/ Harvey Bartle III
                      J.