```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | CIVIL ACTION NO. 18-md-2848 |

PRETRIAL ORDER NO. 373

AND NOW, this 11th day of August, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Merck & Co., Inc. and Merck Sharp & Dohme Corp. (Doc. No. 764) is GRANTED;

(2) the Addendum of Dr. Peter Norberg is stricken in its entirety; and

(3) the portions of the Addenda of Dr. Darren Scheer and Dr. Pinghui Feng that do not rely on the defendants' June 18, 2021 production are stricken.

BY THE COURT:

/s/ Harvey Bartle III
                                               J.