```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : : | CIVIL ACTION NO. 18-md-2848 |

<u>PRETRIAL ORDER NO. 384</u>

AND NOW, this 6th day of October, 2021, upon consideration of the motion of Chris Juday and Pat Juday to modify or clarify Pretrial Order No. 371 and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The August 3, 2021 Pretrial Order No. 371 is VACATED.

(2) The Protective Order dated October 24, 2018 (Doc. # 44), Pretrial Order No. 19, is modified to allow the Judays and their counsel access to fact and expert discovery subject to that pretrial order.

(3) The Judays and their counsel shall be limited to access to discovery that is relevant to their claims in the malpractice action, <u>Juday, et al. v. Sadaka, et al.</u>, Civil Action No. 19-1643 (E.D. Pa.).

(4) Before access is granted, the Judays and their counsel must file a declaration that they agree to and are bound

-2-

by the Protective Pretrial Order No. 19 and the Common Benefit Pretrial Order No. 273. and,

    (5)  The Judays and their counsel shall not be permitted otherwise to participate in this multidistrict litigation, and the litigants shall not be required to serve on the Judays and their counsel any filings or notices unrelated to them.

                                       BY THE COURT:

                                       /s/ Harvey Bartle III
                                                          J.