IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE    :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY            :
LITIGATION                          :
_____      :
                                    :
THIS DOCUMENT RELATES TO:           :
                                    :
CAROLYN ADAMS v. MERCK & CO.,       :   CIVIL ACTION No. 20-5756
INC. et al.                         :
_____      :   _____

PRETRIAL ORDER NO. 446

AND NOW, this 11th day of August, 2022, it is hereby

ORDERED that the motion of defendants to dismiss the above

action with prejudice (Doc. # 1063) is GRANTED.


BY THE COURT:


/s/ Harvey Bartle III
_____
                        J.