```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE:  ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2848  CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO: | |
| DAVID DERAY v. MERCK & CO., INC., et al. Civil Action No. 21-447 | |
| WILLIAM GREEN v. MERCK & CO., INC., et al. Civil Action No. 21-3451 | |
| JERRY GREER v. MERCK & CO., INC., et al. Civil Action No. 19-3975 | |
| CAROL MITCHELL v. MERCK & CO., INC., et al. Civil Action No. 20-538 | |
| ANNA STEELE v. MERCK & CO., INC., et al. Civil Action No. 20-338 | |
| RANDALL HEARD v. MERCK & CO., INC., et al. Civil Action No. 21-961 | |

PRETRIAL ORDER NO. 447

AND NOW, this 11th day of August, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants to dismiss pursuant to Fed. R. Civ. P. 41(B) or, in the alternative, for an order to show cause with expert support why the complaints in the above-

captioned cases should not be dismiss (Doc. # 1065) is DENIED without prejudice.

                                              BY THE COURT:

                                              /s/ Harvey Bartle III
                                              _____
                                                                      J.