IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : : | |
| PHYLLIS LYONS | : : | CIVIL ACTION NO. 19-3473 |
| v. | : : : | |
| MERCK & CO., INC. & MERCK SHARP & DOHME CORP. | : : | |

PRETRIAL ORDER NO. 486

AND NOW, this 11th day of July 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Merck & Co., Inc. and Merck, Sharp & Dohme Corp. to dismiss the above-referenced action for failure to provide authorizations (Doc. # 1200) is GRANTED; and

(2) this action is DISMISSED with prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.