IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*James Amundson and Mona Amundson v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01267<br><br>*Clinton Ashby and Kathleen Ashby v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 03003<br><br>*Kirby Balthrop v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01602<br><br>*James Bleyer v. Merck & Co., Inc., et al.*, Civil Action No. 2:22-cv-01035<br><br>*Dorothea Booth v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-03927<br><br>*Diane Bouffard v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01600<br><br>*Pamela Brower v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01268<br><br>*Linda Caudle and William Caudle v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 01269<br><br>*Ernest Charles v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-00977<br><br>*Midge Deverin and Bernard Deverin v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01270<br><br>*Marcia Federico v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01271 | MDL No. 2848<br><br>CIVIL ACTION NO.: 2:18-md-02848-HB<br><br>*Lynn Garden v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01272<br><br>*Larry Giese and Rebecca Fitzpatrick v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01274<br><br>*Sandra Grimmett and George Grimmett v. Merck & Co. Inc., et al.*, Civil Action No. 2:21-cv-03005<br><br>*Edith Hagen v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-1275<br><br>*Samuel Hamm v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-04341<br><br>*Carol Hermanowski v. Merck & Co., Inc., et al.*, Civi Action No. 2:21-cv-01276<br><br>*Audrey Johnson v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01277<br><br>*Donna Johnson v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-04342<br><br>*Katherine Jones and Theodore Jones v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01878<br><br>*Deborah King-Kzaley and Robert Kzaley v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01278<br><br>*Harry Krause and Karen Krause v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 00978 |

| | |
|---|---|
| *Elaine Levin v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:22-cv-00140 | *Carol Parker v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-03550 |
| *Nina Lociero-Scala and Daniel Scala v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-05493 | *Lori Petersen and Kent Petersen v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv- 03004 |
| *Enoc Lopez and Judith Burgos v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:22-cv- 01036 | *Lisa Reeves and Paul Fasseel v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv- 00976 |
| *Michael Marburger and Sharron Marburger v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-03928 | *Joel Sinden v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-04345 |
| *Kim Holben, as Executor of the Estate of Joyce Marquardt (deceased) v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-05497 | *Verna Srnick and Peter Srnick v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv- 01281 |
| *Nancy Marr and Ethan Marr v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:22-cv-00141 | *Regina Thompson v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01282 |
| *Sandra McBride and David McBride v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-04343 | *Stan Udhiri and Solange de Mendonca Tavares v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01283 |
| *Walter Milanicz v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01279 | *Leonard Whitney and Patricia Whitney v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01284 |
| *Kathleen Mintari v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01280 | *Carol Withycombe v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv-01285 |
| *Debbie Neil and Johnnie Neil v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv- 04344 | *Pamela Yates and Walter Yates v. Merck & Co., Inc., et al.*,<br>Civil Action No. 2:21-cv- 01286 |

<u>PRETRIAL ORDER NO. 491</u>

AND NOW, this 8th day of August 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the omnibus motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. to dismiss the above 42 actions for insufficient service of process (Doc. # 1216) is DENIED;

2

    (2) the motion of plaintiffs for an extension of time to make service of process in the above 42 actions (Doc. # 1218) is GRANTED; and

    (3) the court, in a separate Pretrial Order, will stay 34 of the above-captioned cases which belong to Group A.

              BY THE COURT:

               /s/ Harvey Bartle III
               _____
                         J.