IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2848<br>:<br>: CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO:<br><br>KAY KOBYLINSKI & THOMAS EUGENE KOBYLINSKI v. MERCK & CO., INC., et al.<br>Civil Action No. 19-4772 | : |

PRETRIAL ORDER NO. 507

AND NOW, this 4th day of October 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. to exclude the causation opinions of Joseph Jeret, M.D. (MDL Doc. # 1234) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                            J.