IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ZOSTAVAX               :        MDL NO. 2848
(ZOSTER VACCINE LIVE)         :
PRODUCTS LIABILITY LITIGATION :        CIVIL ACTION
                              :        NO. 18-md-2848
THIS DOCUMENT RELATES TO      :
294 CASES IDENTIFIED IN       :
APPENDIX A and Hartung v.     :
Merck & Co., Inc., Civ. A. No.:
19-20202                      :
```

ORDER

AND NOW, this 8th day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme, LLC, and the motion of McKesson Corporation to dismiss with prejudice Hartung v. Merck & Co., Inc., Civ. A. No. 19-20202 (E.D. Pa. May 29, 2019), is GRANTED; and

(2)  the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme, LLC to dismiss with prejudice the remaining 294 actions identified in Appendix A to this Order is GRANTED.

BY THE COURT:


/s/   Harvey Bartle III
                                      J.

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Adams, Claude | 2:19-cv-02505 |
| Alford, Donna | 2:18-cv-20009 |
| Allen, Rebecca | 2:20-cv-02186 |
| Amundson, James | 2:21-cv-01267 |
| Anderson, Dale | 2:19-cv-20166 |
| Anderson, Edward | 2:23-cv-00765 |
| Anderson, Sylvia | 2:18-cv-20184 |
| Ann-Rush, Peggy | 2:19-cv-05626 |
| Archie, Inez | 2:18-cv-20159 |
| Arellano, Hector | 2:20-cv-00442 |
| Arruda, Stephen | 2:20-cv-00055 |
| Atkins, Ada | 2:19-cv-05631 |
| Ballard, Wesley | 2:20-cv-00960 |
| Balthrop, Kirby | 2:21-cv-01602 |
| Barber, Nora | 2:19-cv-00874 |
| Barrington-Smalls, Lillie | 2:22-cv-04568 |
| Beale, Velma | 2:20-cv-01997 |
| Bechtol, Wendy | 2:19-cv-03395 |
| Bencivenga, Angelo | 2:18-cv-20014 |
| Benge, Jennie | 2:20-cv-00258 |
| Best, John | 2:19-cv-20255 |
| Blanchard, Maryfaith | 2:18-cv-20004 |
| Blank, Gregg | 2:19-cv-03327 |
| Bonante, Bessie | 2:21-cv-02196 |
| Bowers, Marcia | 2:20-cv-00255 |
| Boyle, Donna | 2:20-cv-00008 |
| Brandt, Floyd | 2:23-cv-00400 |
| Brewer, Josie | 2:22-cv-01731 |
| Brooks, Carolyn Yvonne | 2:21-cv-00405 |
| Brunkow, David | 2:18-cv-05082 |
| Bryant, Diania Kay | 2:20-cv-01406 |
| Buchanan, Carol | 2:18-cv-04724 |
| Burdette, Sharon | 2:19-cv-20172 |
| Burriss, Joseph F. | 2:21-cv-00963 |
| Cade, James M. | 2:21-cv-00224 |
| Capman, Donna | 2:21-cv-20017 |
| Card, Cheryl D. | 2:20-cv-03781 |
| Carraway, Eva | 2:20-cv-00594 |
| Carson, Jennifer | 2:22-cv-02557 |
| Cato, Carolyn | 2:21-cv-00878 |
| Chapoy, David | 2:19-cv-05852 |
| Clark, Sharon | 2:22-cv-02558 |
| Cline, Donald | 2:20-cv-00406 |
| Clinton, Henry | 2:21-cv-01162 |
| Cochran, Janice | 2:19-cv-05608 |
| Coleman, Dianne | 2:21-cv-03448 |
| Coleman, Katherine | 2:19-cv-04519 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Collings, Carolyn | 2:19-cv-05638 |
| Collins, Judy | 2:18-cv-05610 |
| Combs, Gerald | 2:20-cv-02198 |
| Compston, Vicki | 2:19-cv-01613 |
| Condrick, Brenda | 2:20-cv-01189 |
| Conlon, Marie | 2:19-cv-05609 |
| Corrao, Patricia | 2:18-cv-20139 |
| Cosgrove, Ruth Ann | 2:20-cv-05550 |
| Cothran, Mary | 2:21-cv-00207 |
| Covington, Shirley | 2:21-cv-00235 |
| Craig, Nadine | 2:18-cv-05606 |
| Crino, Arthur | 2:20-cv-01791 |
| Cross, Brenda | 2:20-cv-05552 |
| Crowley, Katherine | 2:20-cv-03505 |
| Dakers, Eleanor | 2:18-cv-20254 |
| Daley, John (Millard, et al.) | 2:25-cv-02426 |
| Dasans, Lucille | 2:20-cv-05176 |
| Davis, Beverleeshia | 2:21-cv-20114 |
| Davis, Ethel | 2:19-cv-05650 |
| Davis, Jay W. | 2:19-cv-01877 |
| Decamp, Rhett | 2:20-cv-01541 |
| Deray, David | 2:21-cv-00447 |
| Derrico, Michael | 2:19-cv-20256 |
| Diprete, Dolores | 2:19-cv-20030 |
| Dixon, Gail (deceased) Dixon, Wilbert E. (admin) | 2:18-cv-20149 |
| Dorough, Carol | 2:20-cv-04377 |
| Drifmeyer, Edward | 2:20-cv-00726 |
| Dudek, Patricia | 2:19-cv-20031 |
| Efird, Sylvia | 2:19-cv-20317 |
| Ellison, Patricia (deceased) Ellison, Raeceeda (admin) | 2:19-cv-04637 |
| Erickson, Robert | 2:18-cv-20002 |
| Erwin, Paul | 2:19-cv-20159 |
| Eversole, James | 2:19-cv-20144 |
| Facemyer, Mildred | 2:19-cv-00549 |
| Faigus, Linda | 2:21-cv-20107 |
| Ferry, Sharon | 2:20-cv-05722 |
| Flagg, Mary | 2:19-cv-03788 |
| Flores, Gail | 2:19-cv-05144 |
| Fontana, Frank (Johnson, et al.) | 2:25-cv-02419 |
| Fredrick, Dixie | 2:18-cv-20080 |
| Friedman, David | 2:22-cv-03903 |
| Fulton, Kim | 2:19-cv-04549 |
| Gansz, Nicholas | 2:22-cv-03904 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Garman, Beverly | 2:19-cv-02149 |
| Geddings, Barbara | 2:20-cv-02128 |
| Genese, Barbara | 2:22-cv-01912 |
| Giese, Larry | 2:21-cv-01274 |
| Girard, Richard | 2:23-cv-00002 |
| Glorioso, John | 2:21-cv-20038 |
| Goff, Carolyn J. | 2:20-cv-05273 |
| Goodman-Garrett, Debra | 2:21-cv-05012 |
| Grant, Joyce | 2:21-cv-20118 |
| Green, Rose | 2:20-cv-00219 |
| Green-Berry, Cora | 2:20-cv-04064 |
|  |  |
| Guffey, Ada | 2:19-cv-03357 |
| Hall, John | 2:20-cv-03784 |
| Hamilton, Nyla | 2:20-cv-06263 |
| Hamlet, Friday | 2:19-cv-20261 |
| Hamm, Verleen (Sanders, et al.) | 2:25-cv-02432 |
| Hampton, Robert S. | 2:20-cv-05325 |
| Handley, Gary | 2:21-cv-20067 |
| Hanes, Mary | 2:20-cv-00337 |
| Harper, Tammy | 2:18-cv-05546 |
| Harrell, Christine | 2:21-cv-00611 |
| Harris, Linda A. | 2:20-cv-20008 |
| Harris, Paula | 2:19-cv-20269 |
| Harris, Richard | 2:20-cv-00407 |
|  |  |
| Hawk, Claire | 2:19-cv-20033 |
| Hawk, Jeffrey | 2:19-cv-04812 |
| Hechtman, Sharon | 2:21-cv-01138 |
| Hicks, Howard | 2:22-cv-01056 |
| Hocker, James | 2:20-cv-01642 |
| Hornberger, Daniel | 2:20-cv-01555 |
| Hoskins, Harry | 2:20-cv-01639 |
| Houston, Susan | 2:21-cv-03067 |
| Howard, Anthony | 2:21-cv-02495 |
| Howard, Joann | 2:19-cv-02038 |
| Hughey, Lisa | 2:19-cv-20037 |
| Humphrey, Leon | 2:19-cv-20108 |
| Jackson, Judy | 2:20-cv-01668 |
| Jarvis, Shirley (deceased) Jones, Richard (admin) | 2:18-cv-20154 |
| Jebousek, Nyla | 2:21-cv-03068 |
| Jenson, John | 2:20-cv-01556 |
| Jewel, Lori | 2:20-cv-00565 |
| Johnson, Charlotte | 2:20-cv-06429 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Johnson, Jack Wesley (deceased) Johnson, Doris Jean (admin) | 2:19-cv-00943 |
| Johnson, Larry | 2:19-cv-04719 |
| Johnson, William | 2:20-cv-01557 |
| Johnson-Jeffcoat, Marilyn | 2:21-cv-03497 |
| Jones, Kermit | 2:19-cv-03678 |
| Julson, Karen | 2:21-cv-01121 |
| Kapales, Sharon | 2:20-cv-01141 |
| Karchem, David | 2:20-cv-04852 |
| Karchner, Gary (deceased) Karchner, Roberta (admin) | 2:21-cv-03919 |
| Karpiel, Albert | 2:18-cv-20090 |
| Kennedy, Deborah | 2:20-cv-01643 |
| King, Mary | 2:22-cv-04038 |
| King-Kzaley, Deborah | 2:21-cv-01278 |
| Kinnison, John | 2:19-cv-05528 |
| Kirk, Sidney | 2:18-cv-20030 |
| Kissinger, Karen | 2:19-cv-05523 |
| Koffinas, Sandra | 2:22-cv-02114 |
| Krause, Harry | 2:21-cv-00978 |
| Laird, Grace | 2:19-cv-20101 |
| Lang, Beverly A. | 2:19-cv-05644 |
| Lawson, Mattie | 2:19-cv-20039 |
| Ledford, Larry | 2:19-cv-01121 |
| Levin, Elaine | 2:22-cv-00140 |
| Levy, Jack | 2:20-cv-04837 |
| Lewis, Betty | 2:20-cv-04039 |
| Lindell, Charles Lloyd | 2:20-cv-01640 |
| Lingenfelter, William | 2:21-cv-02131 |
| Lociero-Scala, Nina | 2:21-cv-05493 |
| Lowery, Georgia | 2:22-cv-02591 |
| Luzi, Mabel | 2:22-cv-03910 |
| Lynch, Barry Jon | 2:20-cv-01096 |
| Maggio, Anthony | 2:19-cv-05319 |
| Magliaro, Lorna | 2:20-cv-00350 |
| Makla, Becky | 2:22-cv-04531 |
| Marsicano, Helen | 2:20-cv-00534 |
| Martinez, Claude | 2:20-cv-00417 |
| Maser, Robert | 2:19-cv-03471 |
| May, Nancy | 2:19-cv-04015 |
| McBride, Sharon | 2:18-cv-20238 |
| McCray, Lemen Stanley | 2:21-cv-00261 |
| McCurnin, Mary | 2:20-cv-04205 |
| McGraw, Hazel | 2:19-cv-20040 |
| McPheeters, Charlita | 2:21-cv-00445 |
| McQueen, Diane (Simpson, et al.) | 2:25-cv-02418 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| McRae, Joann | 2:22-cv-01913 |
| Mendoza, Gary | 2:21-cv-01625 |
| Milanicz, Walter | 2:21-cv-01279 |
| Mitchell, Robert | 2:20-cv-04379 |
| Modrovich, Thomas | 2:19-cv-05386 |
| Moran, Linda | 2:20-cv-01206 |
| Moreno, Esther | 2:20-cv-03712 |
| Morgan, Betty | 2:18-cv-20075 |
| Morris, Ernest | 2:18-cv-20134 |
| Murray, Susan | 2:20-cv-01183 |
| Mutter, Narda | 2:22-cv-03911 |
| Natt, Lonnie | 2:22-cv-00462 |
| Nelson, Darrel | 2:19-cv-05619 |
| Nelson, Judith | 2:19-cv-20041 |
| Nichols, Beatrice | 2:18-cv-04545 |
| Nightingale, Deberah | 2:22-cv-00721 |
| O'Bryant-LeLewis, Samantha | 2:20-cv-01563 |
| Oburn, Beverly | 2:21-cv-00536 |
| Parker, Charmaine | 2:20-cv-01166 |
| Parker, Ronnie | 2:23-cv-00767 |
| Parrilla, Lydia | 2:21-cv-04820 |
| Pennybaker, Jerry | 2:18-cv-05173 |
| Perkins, Evelyn | 2:19-cv-20140 |
| Pesce, Angelo | 2:21-cv-00956 |
| Pflugradt, Patricia | 2:20-cv-01690 |
| Piccirilli, Alfred | 2:21-cv-00449 |
| Pillow, Anthony | 2:19-cv-20143 |
| Pollock, Armando | 2:18-cv-05607 |
| Potter, Deborah | 2:19-cv-05748 |
| Price, Minnie | 2:19-cv-01120 |
| Rabon, Frances | 2:19-cv-20042 |
| Rafail, Honora | 2:19-cv-03800 |
| Ramos, Carmen | 2:20-cv-01566 |
| Ray, Angela Sue | 2:20-cv-04300 |
| Ray, Deborah | 2:20-cv-05876 |
| Rex, Pamela | 2:22-cv-00387 |
| Riffe, Thelma | 2:21-cv-20069 |
| Roberts, Devern | 2:21-cv-01943 |
| Roberts, Joyce | 2:20-cv-02122 |
| Rodriguez, Carmen (deceased) Rodriguez, Edgar (admin) | 2:17-cv-00485 |
| Rogers, Glenda | 2:21-cv-03519 |
| Rosser, Richard | 2:21-cv-00360 |
| Rubik, Scott | 2:19-cv-20150 |
| Russo, Cheryl | 2:22-cv-05050 |
| | |
| Saldana, Basilio | 2:22-cv-03906 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Sampson, Allen W. | 2:20-cv-01930 |
| Sanders, Edie | 2:20-cv-02840 |
| Santo, James (deceased) Santo, Gerald (admin) | 2:18-cv-20241 |
| Schlasinger, Larry | 2:21-cv-04681 |
| Schmidt, Barbara Lynn | 2:22-cv-04225 |
| Sciabarra, Carmela | 2:18-cv-05609 |
| Scully, Greg | 2:21-cv-04827 |
| Sears, Kevin | 2:20-cv-00817 |
| Sellers, Judy | 2:20-cv-01573 |
| Serfass, Renee | 2:22-cv-00944 |
| Shear, Martha | 2:19-cv-03396 |
| Singer, Jeri | 2:21-cv-00494 |
| Skelton, Vera | 2:20-cv-05293 |
| Slane, Betty | 2:21-cv-01120 |
| Smart, Ellen | 2:18-cv-20029 |
| Smith, Delores | 2:20-cv-01576 |
| Smith, Linda | 2:20-cv-00107 |
| Smith, Venita | 2:18-cv-05001 |
| Smith, Vickie | 2:19-cv-20240 |
| Snelgrove, Sallie | 2:21-cv-04448 |
| Snopek, Corrine | 2:20-cv-00954 |
| Souza, Jeffrey | 2:20-cv-06255 |
| Sparks, Elizabeth | 2:20-cv-00868 |
| Sua, Rosie | 2:20-cv-01144 |
| Swanson, Frederick | 2:18-cv-05189 |
| Taylor, Dorothy | 2:21-cv-00965 |
| Taylor, Terry | 2:20-cv-00816 |
| Thistle, Linda | 2:20-cv-04066 |
| Thomas, Fay | 2:21-cv-00614 |
| Thomas-Ray, Yvette | 2:19-cv-00829 |
| Thompson, Regina | 2:21-cv-01282 |
| Throndset, James | 2:20-cv-02543 |
| Tipton, Omelio | 2:22-cv-03907 |
| Tsalichis, Marco | 2:18-cv-01806 |
| Tucker, Donnie | 2:19-cv-05982 |
| Tuntland, James | 2:21-cv-20035 |
| Urban, Marvin Lee | 2:18-cv-05608 |
| Valdez, Alicia | 2:20-cv-00025 |
| Valentine, Helen | 2:19-cv-03784 |
| Van Pelt, Richard | 2:19-cv-20045 |
| Vander-Busch, Darrell | 2:21-cv-03544 |
| Varga, Edward | 2:21-cv-01041 |
| Veater, Roma Maurine | 2:19-cv-05749 |
| Verdi, Ronald | 2:19-cv-06183 |
| Vigil, Carmen | 2:19-cv-20046 |
| Villa, Margarita | 2:22-cv-03909 |

| Appendix A | |
|---|---|
| **Plaintiff Name** | **Case Number** |
| Vining, Elaine | 2:19-cv-20187 |
| Von Cannon, Carol | 2:20-cv-05747 |
| Wade, Robert | 2:19-cv-04868 |
| Wagner, Margaret | 2:20-cv-00599 |
| Walker, Pamela | 2:23-cv-00179 |
| Ward, Donald | 2:18-cv-20032 |
| Ward, Janice | 2:21-cv-05028 |
| Ward, Robert | 2:22-cv-01637 |
| Warner-Williams, Betty | 2:19-cv-20017 |
| Washburn, Sharon | 2:20-cv-01583 |
| Watts, Sharon | 2:19-cv-05591 |
| Wemmer, Joyce | 2:19-cv-20047 |
| Wickberg, Debra | 2:22-cv-02995 |
| Wiencek, Julie | 2:19-cv-20107 |
| Wilcher, Doris | 2:21-cv-01534 |
| Williams, Cynthia | 2:19-cv-01501 |
| Williams, Marguerite | 2:20-cv-00045 |
| Williams, Marylizette | 2:21-cv-01093 |
| Williams, Pamela R. | 2:20-cv-05472 |
| Williamson, Ronald | 2:19-cv-03483 |
| Wilson, Henry | 2:21-cv-01562 |
| Wilson, Sherry | 2:21-cv-01603 |
| Wilson, William | 2:20-cv-02813 |
| Winston, Mary | 2:21-cv-00751 |
| Withycombe, Carol | 2:21-cv-01285 |
| Wright, Eutruler | 2:20-cv-01177 |
| York, Ilean | 2:19-cv-03808 |